UNITED STATES DISTRICT COURT



FILED

OCT - 9 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

LJUBICA RAJKOVIC,  )
     )
     Plaintiff,  )
     )
     v.  )     Civil Action No. 15-1407
     )
FOREIGN & COMMONWEALTH OFFICE,  )
     )
     Defendant.  )
     )

## MEMORANDUM AND ORDER

This matter is before the Court on "Plaintiff's Motion for Relief From a Proceeding Rule 69(b) F.R.C.P." [ECF No. 5]. Pursuant to Rule 60(b), the Court may relieve a party from a final judgment for one of five specific grounds, *see* Fed. R. Civ. P. 60(b)(1)-(5), none of which apply in this case, or for "any other reason that justifies relief," Fed. R. Civ. P. 60(b)(6). Relief under Rule 60(b)(6) should be granted only if the moving party demonstrates "'extraordinary circumstances' justifying the reopening of a final judgment." *Salazar ex rel. Salazar v. District of Columbia*, 633 F.3d 1110, 1116 (D.C. Cir. 2011) (quoting *Gonzalez v. Crosby*, 545 U.S. 524, 534 (2005)); *see Good Luck Nursing Home, Inc. v. Harris*, 636 F.2d 572, 577 (D.C. Cir. 1980) (noting that "this form of relief should only be sparingly used"). On review of the motion, the Court concludes that plaintiff is not entitled to the relief she seeks. The complaint reasonably is construed as one brought under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552, and there is no cause of action under the FOIA against a foreign government entity.

1

Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Relief From a Proceeding Rule 69(b) F.R.C.P. [5] is DENIED.

SO ORDERED.

DATE: *Oct. 2, 2015*

_____
United States District Judge

2